

FILED
CLERK, U.S. DISTRICT COURT
FEB 10 2025
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | NO. 2:25-MJ-00572-DUTY |
| PEARL HINE NAPPER    DEFENDANT(S). | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of _the government_____, IT IS ORDERED that a detention hearing is set for _February 14_____, _2025_, at _2:00_ ☐ a.m. / ☒ p.m. before the Honorable _Karen L. Stevenson_____, in Courtroom _580_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: _February 10, 2025_

_/s/ Karen L. Stevenson_
U.S. ~~District Judge~~/Magistrate Judge